184

M. E. STEIN & COMPANY, INC., Petitioner-Appellant, *v.* ELOISE JONES, a/k/a ELOISE WILLIAMS, Respondent-Appellee.

(No. 58364; )

First District (5th Division)—June 29, 1973.

PER CURIAM.
ENGLISH, J., took no part.

Allan L. Blair, of Chicago, for appellant.

Robert C. Power and J. Tobias Dixon, both of Chicago, for appellee.

DONALD KIRCHENBERG *et al.*, Plaintiffs-Appellants, *v.* THE CHICAGO TRANSIT AUTHORITY *et al.*, Defendants-Appellees.

(No. 58482; )

First District (5th Division)—June 29, 1973.